UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT JOHNSON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PRESIDENT & FELLOWS OF HARVARD COLLEGE a/k/a HARVARD COLLEGE; and CEDRIC LODGE,<br><br>    Defendants. | Civil Action No.: 1:23-cv-11578 |

**NOTICE OF APPEARANCE OF COUNSEL**

Now comes Robert J. Hartigan, Attorney, and hereby requests that the Court enter his appearance as co-counsel for the Plaintiff.

 

*/s/ Robert J. Hartigan*
Mazow | McCullough
Robert J. Hartigan
BBO# 697304
10 Derby Square, 4th Floor
Salem, MA 01970
Phone (978) 744-8000
Fax (978) 744-8012
rjh@helpinginjured.com

Dated: July 17, 2023