UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT JOHNSON, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRESIDENT & FELLOWS OF HARVARD COLLEGE a/k/a HARVARD COLLEGE; and CEDRIC LODGE,<br><br>　　　　Defendants. | Civil Action No.: 1:23-cv-11578 |

## NOTICE OF APPEARANCE OF COUNSEL

Now comes Kathryne D. Masson, Attorney and hereby requests that the Court enter her appearance as co-counsel for the Plaintiff.

　　　　　　　　　　　　　　　　　　　　/s/ Kathryne D. Masson
　　　　　　　　　　　　　　　　　　　　Mazow | McCullough
　　　　　　　　　　　　　　　　　　　　Kathryne D. Masson
　　　　　　　　　　　　　　　　　　　　BBO# 708406
　　　　　　　　　　　　　　　　　　　　10 Derby Square, 4th Floor
　　　　　　　　　　　　　　　　　　　　Salem, MA 01970
　　　　　　　　　　　　　　　　　　　　Phone (978) 744-8000
　　　　　　　　　　　　　　　　　　　　Fax (978) 744-8012
　　　　　　　　　　　　　　　　　　　　kdm@helpinginjured.com

Dated: July 17, 2023