## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT JOHNSON, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT & FELLOWS OF HARVARD COLLEGE a/k/a HARVARD COLLEGE; and CEDRIC LODGE, <br><br> Defendants. | Civil Action No.: 1:23-cv-11578 |

## <u>MOTION TO DISMISS WITHOUT PREJUDICE</u>

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Robert Johnson, hereby moves for the

Voluntary Dismissal of the above action without prejudice against Defendants. The opposing

party has not served an answer or other Motion.

Respectfully Submitted,                          August 31, 2023
The Plaintiff,
By his Attorneys,

*/s/ Kevin J. McCullough*
Kevin J. McCullough
BBO# 644480
Mazow | McCullough, PC
10 Derby Square, 4th Floor
Salem, MA 01970
Phone (978) 744-8000
Fax (978) 744-8012
kjm@helpinginjured.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT JOHNSON, on behalf of himself and all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:23-cv-11578 |
| v. | ) | |
| | ) | |
| PRESIDENT & FELLOWS OF HARVARD COLLEGE a/k/a HARVARD COLLEGE; and CEDRIC LODGE, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

In consideration of *Plaintiffs Motion to Dismiss without Prejudice* pursuant to

Fed.R.Civ.P. 41(a)(1)(A)(i), it is

**HEREBY ORDERED** that *Plaintiff's Motion to Dismiss without Prejudice* is

**GRANTED.**

**So Ordered**


Date: _____

_____
Hon. Myong J. Joun
United States District Judge